1  MICHAEL COSENTINO, SBN 83253
   Counsel for the United States
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**           NO. **CV18-03567 SLM**

12              Plaintiff,
                                          **JUDGMENT ON DEFAULT**
13      v.

14 **JOHN E. TINSLEY**
   **aka JOHN TINSLEY**
15 **aka JOHN TINSLEG**,

16              Defendant.                /

17      In the above entitled action, the defendant JOHN E. TINSLEY aka JOHN TINSLEY

18 aka JOHN TINSLEG having been duly served with the Summons and a copy of the

19 Complaint in the action, and the defendant having failed to appear, answer, plead, or

20 otherwise defend in the action within the time allowed by law, or at all, and default having

21 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

22 a sum certain and for interest which can by computation be made certain and for costs; and

23 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

24 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

25 prayer of the Complaint, and also setting forth that defendant is not an infant or

26 incompetent person or in the military service of the United States within the meaning of the

27 Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'

28 and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and

praying that Judgment be entered herein.

   NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

   IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, JOHN E. TINSLEY aka JOHN TINSLEY aka JOHN TINSLEG, the sum of $148,547.47 as principal, interest, attorney fees, and costs, plus interest in the amount of $10.48 per day from December 6, 2018, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: 12/10/18

SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk
Mark Romyn

